**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ELECTRICAL WORKERS HEALTH AND WELFARE FUND, ELECTRICAL WORKERS PENSION FUND, NATIONAL ELECTRICAL BENEFIT FUND, ELECTRICAL WORKERS VACATION FUND, TWIN PORTS-ARROWHEAD ELECTRICAL APPRENTICESHIP AND TRAINING FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and NECA-IBEW NATIONAL LABOR-MANAGEMENT COOPERATION FUND,

Civil No. 01-812 (DWF/RLE)

Plaintiffs,

v.

**ORDER OF REFERENCE**

RONALD FOSS, Sued as : d/b/a Foss Electric d/b/a/ Foss Electric, Inc., and JOYCE FOSS, Sued as: d/b/a/ Foss Electric d/b/a Foss Electric, Inc.,

Defendants.

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiff's Motion for Default Judgment (Docket No. 3), is referred to Magistrate Judge Raymond L. Erickson.

Counsel are directed to contact the Magistrate Judge to schedule these matters.

Dated: July 6, 2001

DONOVAN W. FRANK
Judge of United States District Court

JUL 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS