UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Electrical Workers Health and Welfare Fund, Electrical Workers Pension Fund, National Electrical Benefit Fund, Electrical Workers Vacation Fund, Twin Ports-Arrowhead Electrical Apprenticeship and Training Fund, National Electrical Industry Fund, and NECA-IBEW National Labor-Management Cooperation Fund,

Plaintiffs,

vs. NOTICE OF HEARING

Ronald Foss, Sues as: d/b/a Foss Electric d/b/a Foss Electric, Inc., and Joyce Foss, Sued as: d/b/a Foss Electric d/b/a Foss Electric, Inc.,

Defendants. Civ. No. 01-812(DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of July, 2001.

* * *

The Plaintiff's Motion for Default Judgment [Docket No. 3] was scheduled to be heard on August 16, 2001. The Court now has a conflict, and will reset the Hearing date on the Motion for Default Judgment.

THEREFORE, It is --

JUL 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Hearing on the Motion for Default Judgment [Docket No. 3] shall be reset for **Thursday, September 6, 2001, at 1:30 p.m., in Court Room No. 3, United States Courthouse, Duluth, Minnesota**.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge