UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Electrical Workers Health and Welfare Fund, et al.,

Plaintiffs,

vs. AMENDED NOTICE OF HEARING

Ronald Foss, sued as: d/b/a Foss Electric, d/b/a Foss Electric, Inc., et al.,

Defendants. Civ. No. 01-812 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 22nd day of August, 2001.

* * *

The Plaintiff's Motion for Default Judgment [Docket No. 3] set for Hearing on September 6, 2001, is reset for **Thursday, September 27, 2001, at 11:00 a.m.**, in Court Room 3, United States Courthouse, 515 West First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED AUG 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________