UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Electrical Workers Health and Welfare Fund, Electrical Workers Pension Fund, National Electrical Benefit Fund, Electrical Workers Vacation Fund, Twin Ports-Arrowhead Electrical Apprenticeship and Training Fund, National Electrical Industry Fund, and NECA-IBEW National Labor-Management Cooperation Fund,

Plaintiffs,

vs.

ORDER

Ronald Foss and Joyce Foss, d/b/a Foss Electric,

Defendants.

Civ. No. 01-812 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Plaintiffs' Motion for Default Judgment [Docket No. 3] is granted.

BY THE COURT:

DATED: October 26, 2001
At St. Paul, Minnesota

Judge Donovan W. Frank
United States District Court

OCT 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK