UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Electrical Workers Health and Welfare Fund, Electrical Workers Pension Fund, National Electrical Benefit Fund, Electrical Workers Vacation Fund, Twin Ports-Arrowhead Electrical Apprenticeship and Training Fund, National Electrical Industry Fund, and NECA-IBEW National Labor-Management Cooperation Fund,

Plaintiffs,

vs.

ORDER

Ronald Foss and Joyce Foss, d/b/a Foss Electric,

Defendants.

Civ. No. 01-812 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is -

ORDERED:

That the Defendants are ordered to remit the sum of Five Hundred Twenty-Five Dollars and Seventy-Five Cents ($525.75), to

FEB 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the Clerk of Court, 417 United States Courthouse, 515 West First Street, Duluth, Minnesota 55802-1397, as a sanction for their Contempt toward a lawful Order of this Court.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: February 12, 2002
At St. Paul, Minnesota